# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**            **PLAINTIFF**

**VS.**            **CRIMINAL ACTION NUMBER: 3:20-MJ-752**

**JOHN F. JOHNSON**            **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge on December 3, 2020 to conduct an initial appearance by video.

APPEARANCES

| | |
|---|---|
| For the United States: | Bryan R. Calhoun on behalf of Joshua D. Judd, Assistant United States Attorney |
| For the defendant: | Defendant John F. Johnson - Present and in custody |
| Court Reporter: | Digitally recorded |

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Complaint, was advised of the nature of the charges contained therein and was advised of his rights. The Court questioned the defendant under oath regarding his ability to afford counsel and found him eligible for appointed counsel. The Court appointed the Office of the Federal Defender to represent the defendant.

The United States having moved for the detention of the defendant,

**IT IS HEREBY ORDERED** that this matter is scheduled for a combined preliminary and detention hearing on **December 4, 2020 at 2:00 p.m. via video conference** before the Honorable Regina S. Edwards, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant is remanded to the custody of the United States Marshal pending further order of the Court.

This 3rd day of December, 2020      **ENTERED BY ORDER OF THE COURT:**
                                                         **REGINA S. EDWARDS**
                                                         **UNITED STATES MAGISTRATE JUDGE**
                                                         **VANESSA L. ARMSTRONG, CLERK**
                                                         **BY:** *Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
        U.S. Probation
        Counsel for Defendant

0|15