USDC KYWD   - Minute Order (Rev. 08/11)

# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                   **PLAINTIFF**

**VS.**                                                                   **CRIMINAL ACTION NUMBER: 3:20-MJ-752**

**JOHN F. JOHNSON**                                                                                   **DEFENDANT**

## ORDER

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge, by video, on December 4, 2020 to conduct a combined preliminary and detention hearing.

APPEARANCES

| | |
|---|---|
| For the United States: | Joshua D. Judd, Assistant United States Attorney |
| For the defendant: | Defendant John F. Johnson - Present and in custody at the Oldham County Jail |
| | Donald J. Meier, Assistant Federal Defender - Present |
| Court Reporter: | Digitally recorded |

The defendant, through counsel, having waived his right to a preliminary hearing on the record,

**IT IS HEREBY ORDERED** that should the Grand Jury return a true bill, this matter will be scheduled for arraignment proceedings by separate order.

At the recommendation of the United States Probation Office and by agreement of the United States,

**IT IS FURTHER ORDERED** that the defendant is released on an unsecured bond in the amount of $25,000.00 with conditions pending further order of the Court.

This 4th day of December, 2020

**ENTERED BY ORDER OF THE COURT:**
**REGINA S. EDWARDS**
**UNITED STATES MAGISTRATE JUDGE**
**VANESSA L. ARMSTRONG, CLERK**
**BY: /s/** *Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
U.S. Probation
Counsel for Defendant

0|20