UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)

CRIMINAL 3:20-MJ-752
UNITED STATES OF AMERICA,                                                        PLAINTIFF,

vs.

JOHN F. JOHNSON,                                                                  DEFENDANTS.

## MOTION TO MODIFY CONDITIONS OF RELEASE

Comes the defendant, John F. Johnson, by counsel, and moves this Honorable Court to modify the conditions of his pre-trial release, specifically to remove the condition prohibiting the access or use of social media.. Mr. Johnson was released on pre-trial conditions on December 4, 2020, to include the conditions not to "access or conduct any activities on social media". In consultation with the United States Probation Office, defense counsel has been advised that Mr. Johnson has been compliant with the conditions of his release.

Mr. Johnson advises that while he is not a regular user of facebook or twitter, he streams two radio shows using instagram. These shows, "Factz over Feelingz" and the "Morning Mental", are later stored on YouTube. Mr. Johnson's livelihood depends in part on these productions, and he is requesting that the Court allow him to continuing streaming these shows.

Prohibiting Mr. Johnson from producing these radio shows does nothing to further the likelihood that he will appear as required in Court, or to assure that he is not a danger to the community. The content of these shows can easily be monitored, and should it be determined that

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

1

anything disseminated during such a broadcast is a call for violence, or otherwise a possible danger, it can easily be brought to the attention of the court. Mr. Johnson can assure the Court that he will not incite or call for violence of any kind. (He does not concede that he ever has done so.)

WHEREFORE, undersigned counsel moves this Honorable Court to modify the conditions of release.

s/ Donald J. Meier
Assistant Federal Defender
629 S. Fourth Avenue
200 Theatre Building
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant.

## CERTIFICATE

I certify that a copy of the foregoing motion was served on the United States by ECF to its counsel of record, Josh Judd Esq., Assistant United States Attorney, this 18th day of December of 2020.

s/ Donald J. Meier

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

2