**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**(Filed Electronically)**

**CRIMINAL 3:20-MJ-752**
**UNITED STATES OF AMERICA,**                                              **PLAINTIFF,**

**vs.**

**JOHN F. JOHNSON,**                                                      **DEFENDANTS.**

**ORDER**

Defendant John F. Johnson having moved this Honorable Court as to modify conditions

of pre-trial release herein; and the Court being otherwise sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that the pre-trial conditions of John F. Johnson are

hereby modified to remove the condition prohibiting his use of and access to social media.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808