UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                     PLAINTIFF

vs.                                    CRIMINAL ACTION NO. 3:20-mj-00752-RSE

JOHN F. JOHNSON                                               DEFENDANT

## RESPONSE TO MOTION
## ELECTRONICALLY FILED

The defendant, John F. Johnson, filed a Motion to Modify the Conditions of his pretrial

release on bond.  (DN 6, Def. Mot. to Modify Release).  The United States opposes the

defendant's Motion.

The defendant is presently charged via criminal complaint with a violation of Title 18,

United States Code, and Section 111(b) for assaulting, resisting, opposing, impeding, intimidating,

and interfering with a federal law enforcement officer engaged in or on account of performance of

official duties. Johnson brandished and pointed an AR-15 platform rifle at multiple police officers

and two federal task force officers.

Title 18, United States Code, Section 3142 sets forth that a defendant may be released

pending trial and placed on certain conditions of release pending trial.  The United States Probation

Office (USPO) supervises defendants on pretrial release and recommended certain release

conditions for Johnson, including limitations on social media.

All of the terms were agreed to by Johnson.   In addition to a $25,000 unsecured bond,

Johnson agreed to (1) report to pretrial services; (2) travel restricted to the Southern District of

Ohio and the Western district of Kentucky for court reasons only; (3) report as soon as possible,

to the supervising officer any contact with any law enforcement personnel, including, but not

limited to, any arrest, questioning, or traffic stop; (4) comply with prohibitions on possessing firearms or other weapons; and (5) do not access or conduct any activity on social media.   He was not placed on home incarceration or home detention.

Johnson now seeks to modify the limitation on his use of social media.  A person ordered released by a magistrate judge may file a motion for amendment of the release conditions. 18 U.S.C. § 3145(a)(2).   Under the Bail Reform Act, a defendant's release pending trial is made "subject to the least restrictive further condition, or combination of conditions, that ... will reasonably assure the appearance of the person as required and the safety of any other person and the community." 18 U.S.C. § 3142(c)(1)(B).

Probation recommended the social media restriction because Johnson had issued threats to law enforcement using social media.  The restriction is reasonable when coupled with Johnson's history of violence with weapons and current charges.  In addition, the restriction on social media use assures the safety of the community against any threats.  Johnson presents no new information in his motion to justify the change in his conditions.  The background information outlined below supports restricting Johnson's social media use.

## BACKGROUND

The Not Fucking Around Coalition, commonly known and referred to by the acronym "NFAC", is a paramilitary militia founded by Johnson.  Johnson has stated that "anytime there appears to be a gross injustice against the black community, we've decided we're going to take it to the streets.  We're going to take it to their face and show them what Malcolm said was true. There are no such things as a bloodless revolution".  In furtherance of this statement, Johnson has organized and led armed NFAC marches, which he often calls "formations", in various locations throughout the United States.

According to public source documents, Johnson is believed to have led NFAC in marches in the following locations on or around the following dates:

Brunswick, GA on or around May 12, 2020
Stone Mountain, GA on or around July 4, 2020
Louisville, KY on or around July 25, 2020
Washington, DC on or around August 29, 2020
Louisville, KY on or around September 5, 2020
Lafayette, LA on or around October 3, 2020

During these marches/formations, NFAC members have carelessly handled firearms to include being involved in the negligent discharges of weapons.  For instance, on or around July 25, 2020 in Louisville, KY, an NFAC member discharged his/her weapon in and around a group of other NFAC members in Baxter Park.  The Louisville Metro Police Department (LMPD) characterized this discharge as a "negligent shooting", and LMPD spokesman Lamont Washington stated that the injuries to the three NFAC members included a "minor injury" to one, a serious injury to a second [who was in stable condition], and an "injury" to a third member which caused this third member to be moved into an intensive care unit.  Washington added that the third member was expected to survive.

In regards to the "negligent shooting" in Louisville, KY on July 25, 2020, Johnson made a social media video where he tried to explain that the NFAC member did not pull the trigger to make the weapon discharge.  Johnson then physically demonstrated a rifle being banged on a table, causing the bolt assembly to go forward.  Johnson incorrectly claimed that this action would have caused the rifle to fire if it had been loaded.

Again, on or around October 3, 2020 in Lafayette, LA, an individual in and around the NFAC formation discharged a firearm leading to his arrest.  The Lafayette Parish Sheriff's Office arrested Terrance Jones, a felon, on four counts of being a fugitive, one count of simple escape, one count of illegal use of a weapon, one count of reckless discharge of a firearm at a parade or

demonstration, three counts of felon in possession of a firearm, and probation violation.  Johnson later claimed that Jones was not a member of the NFAC militia.

Background, criminal history, and military service of Johnson.  The FBI became aware of Johnson in approximately May of 2020 after it received an anonymous tip from the public.  The tipster advised that the NFAC leader [Johnson] had called for attacking Minneapolis law enforcement and that Johnson appealed to anyone with a firearm to join him.  The tipster provided links to the videos where Johnson made the statements on YouTube.  The links provided by the tipster          were          https://www.youtube.com/watch?v=PVcCKT2wRmA          and https://www.youtube.com/watch?v=sXZtvqetcn4 .

The FBI reviewed these videos determining that on or about 26 May 2020, Johnson posted the two videos as his response to the city of Minneapolis regarding the death of George Floyd.  At various points in the videos Johnson makes direct threats to law enforcement along with other threats of violence.  For instance, in regards to NFAC members working with "the other side" [Note: believed to be a reference to working with law enforcement] Johnson states that if you join NFAC and we find out you're working for the other side, we will kill you.  In regards to following the law, Johnson states that "they" [Note: believed to be referencing NFAC] will react in any way they choose and they don't care about the law because it doesn't benefit them.  In regards to interactions with law enforcement officers, Johnson instructs his followers to assault police officers and then remove the officers' body cameras to conceal footage of them assaulting the officers.

On  or  about  May  27,  2020,  Johnson,  using  monikers  on  YouTube  of "theofficialgrandmasterjay" and "thegrandmasterjay", called for inciting violence against the Minneapolis Police Department. In the video, Johnson called for people to go to Minneapolis with

4

weapons in order to hold the two officers responsible for the killing of George Floyd.  Further, on June 5, 2020, Johnson using YouTube moniker "theofficialgrandmasterjay" stated that the only way to stop police violence is to identify and locate the homes of police, burn the houses to the ground, kill the officer, their family members, and associates.

The FBI reviewed various other public online videos Johnson posted to his social media accounts.  In summary, Johnson has made numerous online and social media videos threating law enforcement and inciting violence against law enforcement, which are not summarized in this affidavit.  Johnson and his members have also, at various times, physically/directly threatened law enforcement with rifles and long guns as described in subsequent sections.

The FBI conducted a review of Johnson's criminal history which showed a pattern of Johnson making threatening statements and then using a rifle or long gun to further threaten various individuals, including women and his wife.  An arrest record from the El Paso Police Department in Texas, on or around March 10, 1995, revealed Johnson was arrested upon complaint by Officer Ramon Martinez for "Intentionally and knowingly cause [sic] bodily injury to Reisha Williams, by striking her on the left side of the face several times with a closed fist causing pain".  Additionally, Johnson was arrested upon complaint by Officer Ramon Martinez for "Intentionally and knowingly use [sic] a deadly weapon, to-wit: westerfield 20 gauge shotgun, manifestly designed, made and adapted for the purpose of inflicting death and serious bodily injury and did then and there threaten Jose Antonio Reyes with imminent bodily injury by the use of said deadly weapon."  The same charge was applied to four other victims of Johnson's threating behavior with the shotgun, those individuals being: Cosme Rodriguez Navarro, Sererino Navarro, and Carlos Flores.

Court documents from the Judicial District Court, El Paso County, Texas reveal Johnson was indicted on March 28, 1995 on one count of "unlawful carrying of a weapon on premises licensed for alcoholic purposes". Johnson's attorney filed a motion to quash the indictment which was successful, and the indictment was dismissed on May 16, 1995. The defense appears to have made a successful technical argument that only "handguns, clubs and illegal knives" were prohibited at premises licensed for consuming alcoholic beverages", and that shotgun that Johnson used to threaten the five victims did not fit the "handguns, clubs and illegal knives" definition.

The FBI arrested Johnson upon criminal complaint on August 4, 2003 based on Johnson's actions at the Fort Bragg Military Reservation on August 1, 2003. According to the affidavit filed by an FBI agent in the Fayetteville, North Carolina Resident Agency [satellite office of the FBI Charlotte Division], Johnson threatened to kill his wife, Sheneice Johnson [Sheneice] and her Platoon Sergeant, while Sheneice's unit was having a formation and recognition ceremony on Fort Bragg.

According to the affidavit, Sheneice's unit had just returned from overseas duty in Kuwait on July 30, 2003. Sheneice had been having marital problems with Johnson and claimed to be a victim of mental and physical abuse in their marriage. On August 1, 2003, after a formation, Sheneice approached Johnson, who had driven onto the reservation, and Johnson told her he was going to "kill your friend". After this statement, Johnson reached for a rifle in the trunk of his vehicle, and Sheneice tried to stop him but Johnson threatened to kill Sheneice if she didn't "get away". Sheneice ran away but Johnson followed her in his vehicle.

Military Police eventually intercepted Johnson and requested consent to search his vehicle. An AR-15 rifle was found in the trunk along with three rifle magazines and 56 rounds of 5.56 ammunition. Johnson was convicted on September 2, 2003 of one count of violating Title 18

6

section 1382 (Trespassing on a Federal Installation) and appears to have been sentenced to one month in jail and a $100.00 fine.

Although Johnson initially agreed to the restrictions, social media restrictions are warranted and reasonable in this instance based on threats issued by Johnson using social media and his history of violence with weapons.  The United States believes the restriction is valid and defers to the judgement of Court in ruling on Johnson's motion.

## CONCLUSION

This Court should deny the defendant's motion.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney


 s/Joshua Judd_____
Joshua Judd
Bryan Calhoun
Assistant U.S. Attorneys
717 West Broadway
Louisville, Kentucky  40202
PH:  (502) 582-5911


## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2020, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following to counsel for the defendant.


 s/Joshua Judd
Joshua Judd
Assistant U.S. Attorney