UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                    PLAINTIFF

vs.                                                            CRIMINAL ACTION NO. 3:20-mj-00752-RSE

JOHN F. JOHNSON                                                                              DEFENDANT

PROPOSED ORDER

    The defendant moved to modify his conditions of bond to allow him to use social media. The United States responded opposing the motion. The Motion is denied.