UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs. | CRIMINAL ACTION NO. 3:20-mj-00752-RSE |
| JOHN F. JOHNSON | DEFENDANT |

**SUPPLEMENTAL RESPONSE TO MOTION**
**ELECTRONICALLY FILED**

The defendant, John F. Johnson, filed a Motion to Modify the Conditions of his pretrial release on bond. (DN 6, Def. Mot. to Modify Release). The United States opposes the defendant's Motion. The United States believed it had filed its response using the electronic case filing (ECF) system on December 30, 2020. (DN 7, United States Response).

The United States received notice that it had not filed its response and filed the response on January 4, 2021. Nevertheless, the date of the certificate of service should reflect that the Response was filed on January 4, 2020 and served via ECF to counsel.

In addition, the United States wanted to bring to the Court's attention that the defendant, John. F. Johnson, violated the Court's order and made at least two postings on YouTube:

1. <u>Guess Who's Back?? December 31, 2020</u>, The Official Grand Master Jay:

   https://protect2.fireeye.com/v1/url?k=3342eba5-6cd9d372-3345cf40-0cc47adca7d0-4e83c0a5e286456f&q=1&e=82b44f56-c2ba-45df-aa4a-b595636033cb&u=https%3A%2F%2Fyoutu.be%2FOfgYpM2yPyo

2. <u>Morning Mental: When the 144000 Comes Marching In</u>, January 4, 2021, The Official Grand Master Jay:

https://protect2.fireeye.com/v1/url?k=c4d0885d-9b4bb0a1-c4d7acb8-ac1f6b01771c-

f472a5a23d548f2c&q=1&e=30db81dc-3256-4353-ae9f-

d730fa4109a4&u=https%3A%2F%2Fyoutu.be%2FbDvpcO4xv-0

Johnson's posting on December 31, 2020, falsely claims that he was authorized via court order to participate in social media. No order had been issued by the Court to authorize him to participate in social media.

## CONCLUSION

This Court should deny the defendant's motion.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney


 s/Joshua Judd
Joshua Judd
Bryan Calhoun
Assistant U.S. Attorneys
717 West Broadway
Louisville, Kentucky  40202
PH:  (502) 582-5911


## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following to counsel for the defendant.


 s/Joshua Judd
Joshua Judd
Assistant U.S. Attorney